Joshua Konecky, SBN 182897
Leslie H. Joyner, SBN 262705
Nathan B. Piller, SBN 300569
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com
ljoyner@schneiderwallace.com

Attorneys for Plaintiffs


Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Michael R. Kleinmann (SBN 293741)
mkleinmann@reedsmith.com
Brittany M, Hernandez (SBN 299044)
mcurtis@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2800
Telephone: +1 213 457 8000
Facsimile: + 1 213 457 8080

Attorneys for Defendants
RYDER LAST MILE, INC. (f/k/a MXD GROUP, INC.) and RYDER SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:19-CV-00166-WBS-KJN**<br><br>**ORDER STAYING ACTION PENDING MEDIATION AND CONTINUING PRETRIAL SCHEDULING CONFERENCE** |

Having considered the Joint Status Report filed the parties on May 28, 2019 (Dkt. 15) and in light of the parties' agreement to engage in private mediation in this case and anticipation that they will mediate this matter by December 1, 2019 and good cause appearing,

IT IS HEREBY ORDERED that a stay of this action pending mediation is in the interests of judicial economy and conservation of the parties' and Court's resources.

IT IS FURTHER ORDERED THAT this action shall be stayed in all respects, and all currently pending deadlines are hereby vacated, pending the completion of mediation on or before December 1, 2019.

IT IS FURTHER ORDERED THAT the parties shall submit a status report to the Court within fifteen (15) court days of the completion of the mediation, and shall at that time, if the matter is unresolved, concurrently submit a stipulation for a scheduling order with all pretrial deadlines.

IT IS FURTHER ORDERED THAT the Scheduling Conference currently set for June 10, 2019 is continued until January 21, 2020 at 1:30 p.m. If the case has not settled, a joint status report shall be filed no later than January 7, 2020.

IT IS SO ORDERED.

Dated: June 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED AS TO FORM:

DATED: June 3, 2019          **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS**

By: */s/ Joshua Konecky*
    Joshua Konecky
    Attorneys for Plaintiffs

DATED: June 3, 2019     **REED SMITH LLP**

By: */s/ Mara D. Curtis*
    Mara D. Curtis
    Attorneys for Ryder Last Mile Inc. (formerly known as MXD Group Inc.) and Ryder System, Inc.