REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00166-WBS-KJN<br><br>**ORDER FOR CONTINUANCE OF MEDIATION COMPLETION DEADLINE AND PRETRIAL SCHEDULING CONFERENCE** |

Having considered the Stipulation filed by the parties on November 26, 2019 and for good cause appearing:

IT IS HEREBY ORDERED that a continuance of the stay of this action to permit the parties to prepare for and complete mediation is in the interests of judicial economy and conservation of the parties' and Court's resources.

IT IS FURTHER ORDERED THAT the parties shall submit a status report to the Court by January 21, 2020, and shall at that time, if the matter is unresolved, concurrently submit a stipulation for a scheduling order with all pretrial deadlines.

///

IT IS FURTHER ORDERED THAT the Scheduling Conference currently set for January 21, 2019 is continued until February 18, 2020.

IT IS FURTHER ORDERED THAT all other deadlines remain stayed until after the initial Scheduling Conference.

IT IS SO ORDERED.

Dated: November 27, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED AS TO FORM:

DATED: November 27, 2019 **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS**

By: */s/ Joshua Konecky*[1]
    Joshua Konecky
    Attorneys for Plaintiffs

DATED: November 27, 2019 **REED SMITH LLP**

By: */s/ Mara D. Curtis*
    Mara D. Curtis
    Attorneys for Ryder Last Mile Inc. (formerly known as MXD Group Inc.) and Ryder System, Inc.

---

[1] Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware