REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00166-WBS-KJN<br><br>**ORDER FOR CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE** |

Having considered the Joint Status Report filed by the parties on January 21, 2020 (Dkt. 17) and for good cause appearing:

IT IS FURTHER ORDERED THAT the Scheduling Conference currently set for February 18, 2020 is continued until **April 27, 2020 at 1:30 p.m.** in Courtroom 5 (WBS), and will be taken off calendar upon the filing of a motion for preliminary approval of the class action settlement. A joint status report shall be filed no later than **April 13, 2020.**

IT IS FURTHER ORDERED THAT this action shall be stayed in all respects until the scheduling conference, or the hearing on the anticipated motion for preliminary approval, whichever is earlier.

IT IS SO ORDERED.

Dated: January 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED AS TO FORM:

DATED: January 21, 2020          **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS**

By: */s/ Joshua Konecky*[1]
Joshua Konecky
Attorneys for Plaintiffs

DATED: January 21, 2020          **REED SMITH LLP**

By: */s/ Mara D. Curtis*
Mara D. Curtis
Attorneys for Ryder Last Mile Inc. (formerly known as MXD Group Inc.) and Ryder System, Inc.

---

[1] Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.