Joshua Konecky, SBN 182897
Leslie H. Joyner, SBN 262705
Nathan B. Piller, SBN 300569
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
jkonecky@schneiderwallace.com
ljoyner@schneiderwallace.com

Attorneys for Plaintiffs

Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Michael R. Kleinmann (SBN 293741)
mkleinmann@reedsmith.com
Brittany M, Hernandez (SBN 299044)
mcurtis@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2800
Telephone: +1 213 457 8000
Facsimile: + 1 213 457 8080

Attorneys for Defendants
RYDER LAST MILE, INC. (f/k/a MXD
GROUP, INC.) and RYDER SYSTEM, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 2:19-CV-00166-WBS-KJN<br><br>**ORDER FOR CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE** |

Case No.: 2:19-CV-00166-WBS-KJN    – 1 –    ORDER FOR CONTINUANCE OF
JOSEPH KIMBO v. MXD GROUP, INC.       PRETRIAL SCHEDULING
                           CONFERENCE

1    Having considered the Joint Status Report filed by the parties on April 13, 2020 [Dkt. No.

2  19] and for good cause appearing:

3    IT IS FURTHER ORDERED THAT the Scheduling Conference currently set for April 27,

4  2020 is continued until **June 22, 2020 at 1:30 p.m.**, and will be taken off calendar upon the filing of

5  a motion for preliminary approval of the class action settlement.  A further joint status report shall be

6  filed no later than **June 8, 2020** if the motion has not been filed by that date.

7    IT IS FURTHER ORDERED THAT this action shall be stayed in all respects until the

8  scheduling conference, or the hearing on the anticipated motion for preliminary approval, whichever

9  is earlier.

10    IT IS SO ORDERED.

11  Dated:  April 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

15  STIPULATED AS TO FORM:

16

17  DATED:   April 14, 2020          **SCHNEIDER WALLACE COTTRELL
                                      KONECKY LLP**

18

19                                    By: */s/ Joshua Konecky*[1]
                                      Joshua Konecky

20                                    Attorneys for Plaintiffs

21  DATED:   April 14, 2020          **REED SMITH LLP**

22

23                                    By: */s/ Mara D. Curtis*
                                      Mara D. Curtis

24                                    Attorneys for Ryder Last Mile Inc. (formerly known as
                                      MXD Group Inc.) and Ryder System, Inc.

25

26  ---
[1] Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware