Joshua Konecky, SBN 182897
Leslie H. Joyner, SBN 262705
Nathan B. Piller, SBN 300569
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com
ljoyner@schneiderwallace.com

Attorneys for Plaintiffs


Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Michael R. Kleinmann (SBN 293741)
mkleinmann@reedsmith.com
Brittany M, Hernandez (SBN 299044)
mcurtis@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2800
Telephone: +1 213 457 8000
Facsimile: + 1 213 457 8080

Attorneys for Defendants
RYDER LAST MILE, INC. (f/k/a MXD
GROUP, INC.) and RYDER SYSTEM, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00166-WBS-KJN<br><br>**ORDER FOR CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE** |

Having considered the Joint Status Report filed by the parties on June 8, 2020 (Dkt. 21) and for good cause appearing:

IT IS FURTHER ORDERED THAT the Scheduling Conference currently set for June 22, 2020 is continued until **July 6, 2020 at 1:30 p.m.**  The motion for preliminary approval or a further joint status report shall be filed no later than **June 29, 2020.**

IT IS FURTHER ORDERED THAT this action shall be stayed in all respects until the scheduling conference, or the hearing on the anticipated motion for preliminary approval, whichever is earlier.

IT IS SO ORDERED.

Dated:  June 9, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///

///

///

Case No.: 2:19-CV-00166-WBS-KJN   – 2–   [PROPOSED] ORDER FOR
JOSEPH KIMBO v. MXD GROUP, INC       CONTINUANCE OF PRETRIAL
                                     SCHEDULING CONFERENCE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIPULATED AS TO FORM:

DATED:  June 9, 2020                **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS**

By: */s/ Joshua Konecky*[1]
Joshua Konecky
Attorneys for Plaintiffs

DATED:  June 9, 2020                **REED SMITH LLP**

By: */s/ Mara D. Curtis*
Mara D. Curtis
Attorneys for Ryder Last Mile Inc. (formerly known as MXD Group Inc.) and Ryder System, Inc.

---

[1] Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.