UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00166-WBS-KJN<br><br>**ORDER GRANTING STIPULATION FOR MINOR ADJUSTMENTS TO THE ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Plaintiff JOSEPH KIMBO ("Plaintiff") and Defendants RYDER LAST MILE, INC. (f/k/a MXD GROUP, INC.) and RYDER SYSTEM, INC. ("Ryder" or "Defendants") (collectively, "the Parties") Stipulation, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED as follows:

///

Case No.: 2:19-CV-00166-WBS-KJN   – 1 –   [PROPOSED] ORDER GRANTING
JOSEPH KIMBO v. MXD GROUP, INC.                   STIPULATION FOR MINOR
                                                  ADJUSTMENTS TO THE ORDER
                                                  GRANTING PRELIMINARY
                                                  APPROVAL OF CLASS ACTION
                                                  SETTLEMENT

1. Without affecting the finality of the Court's August 6, 2020 Memorandum and Order Re: Motion for Preliminary Approval of Class Action Settlement ("Order") granting Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement [Dkt. 30], the Order is hereby modified as follows:

   i. The Class definition is amended in accordance with the definition articulated below;

   ii. The deadline for class members to object to, comment upon, or opt out of the settlement is amended to forty-five (45) days following the date the Notice of Class Action and PAGA Settlement is mailed to class members.

2. The class definition set forth in the Order at 19:24 – 20:12 shall be amended and modified to include the underlined language as follows:

(a) All motor carrier owners who directly contracted with Defendants in his or her individual capacity or through a business entity and provided transportation services to Defendants in California at any time from December 12, 2014 through the earlier of July 26, 2020 or the date of this order ("motor carrier class"). The Motor Carrier Class includes (1) all motor carrier owners responsible for the day-to-day operations of their businesses that engaged one or more workers to operate their commercial motor vehicles to deliver goods; and (2) all motor carrier owners that also performed delivery services as the driver of their commercial motor vehicles. The Motor Carrier Class excludes Motor Carrier Class Members that only performed delivery services at the warehouse located at or out of the 21508 Baker Parkway, City of Industry, California 91789.

(b) All individuals who did not contract with defendants and are non-owner drivers and helpers authorized to provide transportation services for defendants in California at any time from December 12, 2014 through the earlier of July 26, 2020 or the date of this Order ("non-carrier class"). The Non-Carrier Class includes drivers and helpers engaged by motor carrier companies to operate their commercial motor vehicles and perform

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  delivery services for Defendants in connection with contracts Defendants had with the
2  owners of the motor carrier companies.  The Non-Carrier Class excludes Non-Carrier
3  Class Members that only performed delivery services at the warehouse located at or out
4  of 21508 Baker Parkway, City of Industry, California 91789.

5  3. The phrase "from the date this Order is signed" set forth at 21:15-16 of the Order is
6  stricken and is replaced with the following: "after the Notice is initially mailed to the Class
7  Members".

8  **IT IS SO ORDERED.**

9  Dated:  August 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: 2:19-CV-00166-WBS-KJN           – 3–           ORDER GRANTING STIPULATION
JOSEPH KIMBO v. MXD GROUP, INC                           FOR MINOR ADJUSTMENTS TO THE
                                                         ORDER GRANTING PRELIMINARY
                                                         APPROVAL OF CLASS ACTION
                                                         SETTLEMENT

STIPULATED AS TO FORM:

DATED: August 17, 2020          **SCHNEIDER WALLACE COTTRELL KONECKY LLP**

By: */s/ Joshua Konecky*[1]
Joshua Konecky
Attorneys for Plaintiffs

DATED: August 17, 2020          **REED SMITH LLP**

By: */s/ Mara D. Curtis*
Mara D. Curtis
Attorneys for Ryder Last Mile Inc. (formerly known as MXD Group Inc.) and Ryder System, Inc.

---

[1] Pursuant to Local Rule 5-4.3.4, the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware