Joshua Konecky, SBN 182897
Leslie H. Joyner, SBN 262705
Nathan B. Piller, SBN 300569
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
jkonecky@schneiderwallace.com
ljoyner@schneiderwallace.com

Attorneys for Plaintiffs


Mara D. Curtis (SBN 268869)
mcurtis@reedsmith.com
Brittany M, Hernandez (SBN 299044)
mcurtis@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2800
Telephone: +1 213 457 8000
Facsimile: + 1 213 457 8080

Attorneys for Defendants
RYDER LAST MILE, INC. (f/k/a MXD
GROUP, INC.) and RYDER SYSTEM, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH KIMBO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MXD GROUP, INC., a California corporation; RYDER SYSTEM, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00166-WBS-KJN<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CLASS ACTION SETTLEMENT AGREEMENT AND CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Having considered the Stipulation filed by the parties on October 21, 2020 and for good

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

cause appearing:

IT IS HEREBY ORDERED that without affecting the finality of the August 6, 2020 Memorandum and Order Re: Motion for Preliminary Approval of Class Action Settlement, Dkt. No. 30 ("Order"), the Court finds that the First Amendment to the Class Action Settlement Agreement falls within the range of reasonableness and is fair, just, and adequate;

IT IS FURTHER ORDERED THAT:

1. Paragraph 81(d) of the Class Action Settlement Agreement shall be amended and modified to revise the underlined language as follows:

(d) Finally, the Net Settlement Amount shall be divided among all Settlement Class Members Proportionally. Individual Settlement Payments to each Settlement Class Member shall be determined based on the number of his or her Qualifying Motor Carrier Workweeks or Qualifying Non-Carrier Workweeks during the Class Period. The Net Settlement Amount shall be divided by the total number of Qualifying Non-Carrier Workweeks times <u>1</u> and Qualifying Motor Carrier Workweeks times <u>4</u> for all Settlement Class Members during the Class Period. The result of this division shall yield a Workweek Payment Rate for Class Members.

(i) The gross amount of each Motor Carrier Class Member's Individual Settlement Payment shall be calculated by multiplying the number of Qualifying Motor Carrier Workweeks applicable to that Settlement Class Member times 4 times the Workweek Payment Rate for Class Members. Governmentally-required employee tax withholdings shall be deducted from that portion of the Individual Settlement Payment allocated as wages.

(ii) The gross amount of each Non-Carrier Class Member's Individual Settlement Payment shall be calculated by multiplying the number of Qualifying Non-Carrier Workweeks applicable to that Settlement Class Member times 1 times the Workweek Payment Rate for Class Members. Governmentally-required

employee tax withholdings shall be deducted from that portion of the Individual Settlement Payment allocated as wages.

2. The corresponding language set forth in the Notice of Class Action and PAGA Settlement ("Notice") Section 7 (a) shall be modified to change the underlined language as follows: "The Net Settlement Amount shall be divided by the total number of Qualifying Non-Carrier Workweeks times <u>1</u> and Qualifying Motor Carrier Class Workweeks times <u>4</u> for all Settlement Class Members during the Class Period.";

3. The deadline for the Settlement Administrator to mail the Notice shall be continued to November 13, 2020;

4. The Final Fairness Hearing shall be continued from December 14, 2020 to February 8, 2021 and all corresponding deadlines in the Order (Dkt. 30) shall be continued in accordance with these new dates.

IT IS SO ORDERED.

Dated: October 21, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATED AS TO FORM:

DATED: October 21, 2020        **SCHNEIDER WALLACE COTTRELL KONECKY LLP**

By: */s/ Joshua Konecky*
Joshua Konecky
Attorneys for Plaintiffs

DATED: October 21, 2020        **REED SMITH LLP**

By: */s/ Mara D. Curtis*
Mara D. Curtis
Attorneys for Ryder Last Mile Inc. (formerly known as MXD Group Inc.) and Ryder System, Inc.

Case No.: 2:19-CV-00166-WBS-KJN    – 4–    ORDER GRANTING STIPULATION
JOSEPH KIMBO v. MXD GROUP, INC      TO AMEND CLASS ACTION SETTLEMENT AND CONTINUE THE HEARING DATE ON THE MOTION FOR FINAL APPROVAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware