## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOSEPH KIMBO,**

CASE NO: **2:19–CV–00166–WBS–KJN**

v.

**MXD GROUP, INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/10/21**

**Keith Holland**
Clerk of Court

ENTERED: **February 10, 2021**

by: /s/ H. Kaminski
Deputy Clerk